UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRASHARD DELANEY,

Plaintiff,

v.

UNKNOWN WALTANEN et al.,

Defendants.

Case No. 2:24-cv-194

Honorable Ray Kent

# JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**.

Dated: October 13, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge